**Order entered February 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01551-CV

**MICHAEL DREW, GOVERNMENT ENERGY MANAGEMENT, LLC, ET AL., Appellants**

**V.**

**ELUMENUS LIGHTING CORPORATION, INC., Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-02318-2013**

## ORDER

The underlying suit in this interlocutory appeal was brought by appellee against multiple defendants. Of the multiple defendants, five are parties to the appeal. By order entered January 17, 2014, we granted appellants' motion to stay all trial court proceedings, including discovery. On January 31, 2014, appellee filed a motion to clarify the order, inquiring whether it could conduct "limited discovery" against, and "seek relief from the trial court" in connection with actions taken by, certain defendants who are not parties to the appeal. Appellants oppose appellee's motion, asserting any trial proceedings "could potentially impact" them and would require their counsel's presence.

Our January order stays "*all* further proceeding in the trial court, including discovery, pending resolution of the appeal or further order of this Court." (emphasis added)  Accordingly, to the extent appellee seeks to conduct any discovery and seek relief from the trial court against defendants not parties to the appeal, we **DENY** appellee's motion.


/s/    ELIZABETH LANG-MIERS
            JUSTICE